```
                                    FILED
                               October 05, 2011
                              CLERK, U.S. BANKRUPTCY COURT
                              EASTERN DISTRICT OF CALIFORNIA
                                        D26
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** | Humberto R. Moreno and Martha L. Moreno  **Case No :**  11−92649 − D − 13G |
| | **Date :**  10/4/11 |
| | **Time :**  10:00 |
| **Matter :** | [15] − Amended Motion/Application to Value Collateral of PNC Bank, NA [JP−1]. [14] Motion/Application to Value Collateral Filed by Debtor Humberto R. Moreno, Joint Debtor Martha L. Moreno (msam) |
| **Judge :** | Robert S. Bardwil |
| **Courtroom Deputy :** | Carlene Walker |
| **Reporter :** | NOT RECORDED |
| **Department :** | D |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.


IT IS ORDERED that the motion is granted as provided in this order. The secured claim of PNC Bank, NA, whose claim is secured by a junior deed of trust on the debtor(s) residence, is set at $0.00. The claim shall be treated as an unsecured claim in any Chapter 13 plan. No further relief will be afforded.



Dated: October 05, 2011


_____
Robert S. Bardwil, Judge
United States Bankruptcy Court