# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Humberto R. Moreno and Martha L. Moreno | **Case No :** | 11–92649 – D – 13G |
| | | **Date :** | 9/10/13 |
| | | **Time :** | 10:00 |
| **Matter :** | [43] – Motion for Relief from Automatic Stay [NLG–1] Filed by Creditor Federal National Mortgage Association (Fee Paid $176) (bons) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Melinda Strandwold | | |
| **Reporter :** | NOT RECORDED | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.

IT IS ORDERED that the motion is denied as unnecessary.

Dated: September 12, 2013

_Robert Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court